UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE SCHELZI AS ) <br> EXECUTOR OF THE ESTATE OF ) <br> GEORGIA LIAPERDOS ) <br> ) Case No. 1:05-CV-10796-MEL <br> V. ) <br> ) <br> KEVIN CATARINO, ) | RULE 41 (a)(1)(i) DISMISSAL WITH PREJUDICE |

NOW COMES the Plaintiff, Lawrence Schelzi, as Executor of the Estate of Georgia Liaperdos, by counsel, and voluntarily dismisses the above-referenced matter with prejudice.

RESPECTFULLY SUBMITTED:

LAWRENCE SCHELZI AS EXECUTOR OF
THE ESTATE OF GEORGIA LIAPERDOS
By his attorneys:

Dated: November 30, 2006        By:___/s/ Christopher E. Grant_____
　　　　　　　　　　　　　　　Christopher E. Grant, BBO # 551592
　　　　　　　　　　　　　　　82 Court Street, PO Box 418
　　　　　　　　　　　　　　　Portsmouth, NH 03802-0418
　　　　　　　　　　　　　　　(603) 436-4010